## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DALLAS BUYERS CLUB, LLC.,

     Plaintiff,

v.                                                                Case No: 8:14-cv-1145-T-30TGW

JILL DIZONA,

     Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Voluntary Notice of Dismissal With Prejudice

(Dkt. #11).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of October, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record